# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FILED
IN CLERKS OFFICE

Anthony Dacre

v.

White Water Seafood Corp.

SUMMONS IN A CIVIL CASE

03 - 12269 RCL

DISTRICT OF MASS.

CASE NUMBER:

TO: (Name and address of Defendant)

Richard J. Kkornahrens
149 Indies Dr. North
Duck Key, FL  33050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Berg
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 1 7 2003

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

                              _____
                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# LATTI & ANDERSON LLP

Counsellors At Law and Proctors In Admiralty

30-31 Union Wharf, Boston, Massachusetts 02109 (617) 523-1000
Portland, ME (207) 874-6464
Facsimile (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740-1029
35 Main Street, Gloucester, MA 01930 (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

FILED
IN CLERKS OFFICE
2004 JAN -5 P 12: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 2, 2004

Clerk's Office-Civil Business
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: <u>Anthony Dacre v. White Water Seafood Corp.</u>
    <u>Civil Action No.: 03-12269- RCL</u>

Dear Sir/Madam:

Enclosed please find a Summons which was served on the Defendant on December 8, 2003. Kindly accept the enclosure for docketing and filing.

Thank you for your assistance in this matter.

Very truly yours,

LATTI & ANDERSON LLP

David Berg

David J. Berg

DJB/ksl
Enclosure