UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DACRE,<br>    Plaintiff<br><br>V.<br><br>WHITE WATER SEAFOOD CORP.,<br>    Defendant | Civil Action<br><br>No. 03-12269-RCL |

## PLAINTIFF'S RULE 26(A)(1) DISCLOSURE

1.    <u>Witnesses</u>

Anthony Dacre
411 North 26th St.
Richmond, VA 23223

David Bloomquist
address unknown

Jimmy Flagal
address unknown

Richard J. Kornahrens
149 Indies Dr. North
Duck Key, FL 33050

Mrs. Richard J. Kornahrens
149 Indies Dr. North
Duck Key, FL 33050

Barry Marks
address unknown

Bradley Roxby
address unknown

Bruce E. Mathern, M.D.
MidAtlantic Spine Specialists
7650 Parham Rd.
Richmond, VA 23294

William O. McKinley, M.D.
MCV Hospitals
P.O. Box 980679
Richmond, VA 23298

MCV Hospitals
various physicians
P.O. Box 980679
Richmond, VA 23298

2. <u>Document Information</u>:

   1. See documents disclosed in Plaintiff's Local Rule 35.1 Discovery Response.

   2. See documents categorized in section 3, <u>infra</u>.

   3. Discovery is continuing, and the Plaintiff reserves the right to supplement this disclosure.

3. <u>Damages Information</u>:

   The Plaintiff's damages capable of computation are all unpaid medical bills, lost wages and lost earning capacity. The following documents have relevance to this claim:

   1. See documents disclosed in Plaintiff's Local Rule 35.1 Discovery Response.

   2. Plaintiff's tax returns and earnings records.

   3. Plaintiff's Social Security decision dated July 24, 2003.

   3. Discovery is continuing, and the Plaintiff reserves the right to supplement this disclosure.

   4. The Plaintiff also claims other damages not capable of computation as set forth in the Complaint.

Respectfully submitted for the
the Plaintiff, Anthony Dacre,
by his attorney,

_____
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent this date via first class mail to all counsel of record.

_____
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: 2/7/04

3