UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

ANTHONY DACRE, )
    Plaintiff )
)
V. ) Civil Action
)
) No. 03-12269-RCL
WHITE WATER SEAFOOD CORP., )
    Defendant )
)

## PLAINTIFF'S LOCAL RULE 35.1 DISCLOSURE

1. Itemization of medical expenses.

| | |
|---|---|
| Medical College of Virginia | 26,767.89 |
| MCV Ambulatory Care Center Pharmacy | 203.26 |
| MCV Physicians | 5,851.00 |

The claimant anticipates that recovery may be sought for future medical expenses.

2. The claimant has received diagnosis, care or treatment of injuries for which recovery is sought from the following health care providers:

Bruce E. Mathern, M.D.
MidAtlantic Spine Specialists
7650 Parham Rd.
Richmond, VA 23294

William O. McKinley, M.D.
MCV Hospitals
P.O. Box 980679
Richmond, VA 23298

MCV Hospitals
various physicians
P.O. Box 980679
Richmond, VA 23298

    Medical records from these providers are attached.

Respectfully submitted for the
the Plaintiff, Anthony Dacre,
by his attorney,

_____
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent this date via first class mail to all counsel of record.

_____
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated:   2/7/07

2