UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY DACRE, )
    Plaintiff, )
     )
v. ) **Civil Action No. 03-12269-RCL**
     )
WHITE WATER SEAFOOD CORP., )
    Defendant )

### RULE 26(a)(1) INITIAL DISCLOSURE OF DEFENDANT WHITE WATER SEAFOOD CORP.

Now comes the defendant, White Water Seafood Corp. and hereby submits the foregoing Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1).

**A.**     **Witness Information**

Anthony Dacre
Address presently unknown

Jim Flagel (Captain)
Address presently unknown

Bradley Roxby (1st Mate/Engineer)
9314 Lido Lane
New Port Richey, FL 34668

David Bloomquest (Crew Member)
Address presently unknown

Barry Marx (Captain, F/V DEESIE)
8050 Lagoon Road
Fort Myers Beach, Florida 33931

Richard Kornahrens
White Water Seafood Corp.
149 Indies Drive North
Duck Key, Florida 33050

Plaintiff's Medical Providers

B.  **Document Information**

    1.    Settlement sheets

    2.    The plaintiff's medical records

C.  **Damages Information**

    Not applicable.

D.  **Insurance Information**

    The F/V WHITE WATER was covered by a policy of insurance issued by the Sunderland Marine Mutual Insurance Company, policy number WA06051.

For the defendant,
WHITE WATER SEAFOOD CORP.,
By their attorneys,

**REGAN & KIELY LLP**

_____
Joseph A. Regan (BBO #543504)
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617)723-0901

I hereby certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

_____  2-23-04