UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DACRE,<br>　　Plaintiff<br><br>V.<br><br>WHITE WATER SEAFOOD CORP.,<br>　　Defendant | Civil Action<br><br>No. 03-12269-RCL |

**PLAINTIFF'S ASSENT TO DEFENDANT'S MOTION FOR THE ISSUANCE OF LETTER ROGATORY FOR SUBPOENA DUCES TECUM SEEKING PLAINTIFF'S SOCIAL SECURITY ADMINISTRATION RECORDS FROM STATE OF VIRGINIA <u>AND FOR COMMISSION</u>**

NOW COMES the Plaintiff, and states that he assents to this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted for the
　　　　　　　　　　　　　　　　　　　　the Plaintiff, Anthony Dacre,
　　　　　　　　　　　　　　　　　　　　by his attorney,


　　　　　　　　　　　　　　　　　　　　<u>/s/ David J. Berg</u>
　　　　　　　　　　　　　　　　　　　　David J. Berg, Esq.
　　　　　　　　　　　　　　　　　　　　Latti & Anderson LLP
　　　　　　　　　　　　　　　　　　　　30-31 Union Wharf
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　617-523-1000

CERTIFICATE OF SERVICE

       I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following: Joseph A. Regan, Esq.

                                                     /s/ David J. Berg
                                                   David J. Berg, Esq.
                                                   Latti & Anderson LLP
                                                   30-31 Union Wharf
                                                   Boston, MA 02109
                                                   617-523-1000

Dated: September 1, 2004