UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12269-RCL

| | |
|---|---|
| ANTHONY DACRE, | ) |
|         Plaintiff | ) |
| | ) |
|       v. | ) |
| | ) |
| WHITE WATER SEAFOOD CORP., | ) |
|         Defendant | ) |

## **DEFENDANT'S MOTION TO BIFURCATE**

Now comes the defendant in this case and moves to bifurcate the liability portion of the trial from the damages portion of the trial. As grounds therefore, the defendant states that bifurcation would be the most efficient way of conducting the trial in this matter and is conducive to the interests of judicial expediency and judicial economy.

The damages aspect of the case will be more complicated, involving issues of prior and/or subsequent unrelated incidences involving similar injury. Additionally, plaintiff's experts are from the state of Virginia and/or the District of Columbia.

On the other hand, the liability portion of the trial can probably be conducted in a day with the testimony of perhaps as few as four witnesses.

Accordingly, the defendant hereby moves that the case be bifurcated.

        For the Defendant,
        By its attorneys,

        **REGAN & KIELY LLP**

        /s/Joseph A. Regan
        Joseph A. Regan, Esquire (BBO #543504)
        85 Devonshire Street
        Boston, MA 02109
        (617)723-0901
        jar@regankiely.com