UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY DACRE,<br>　　　Plaintiff<br><br>V.<br><br>WHITE WATER SEAFOOD CORP.,<br>　　　Defendant | )<br>)<br>)<br>)　Civil Action<br>)<br>)　No. 03-12269-RCL<br>)<br>)<br>) |

## PLAINTIFF'S SPECIAL VERDICT QUESTIONS

1.   <u>Negligence</u>

   Do you find that the Defendant was negligent and that its negligence was a proximate cause of injury to the Plaintiff?

   　　　　　　　Yes _____　　　　　　　No _____

2.   <u>Unseaworthiness</u>

   Do you find that the F/V WHITE WATER was unseaworthy, and that this unseaworthy condition was a proximate cause of injury to the Plaintiff?

   　　　　　　　Yes _____　　　　　　　No _____

   *IF YOU HAVE ANSWERED "NO" TO BOTH QUESTION # 1 <u>AND</u> QUESTION # 2 ABOVE, YOU HAVE FOUND FOR THE DEFENDANT AND NEED NOT ANSWER ANY FURTHER QUESTIONS*

   *IF YOU HAVE ANSWERED "YES" TO <u>EITHER</u> QUESTION # 1 OR QUESTION #2, OR HAVE ANSWERED "YES" TO <u>BOTH</u> QUESTION # 1 AND QUESTION # 2, THEN PLEASE CONTINUE ON THE NEXT PAGE.*

3. <u>Contributory Negligence</u>

   A) Do you find that the Plaintiff was negligent and that his negligence was a proximate cause of his injuries?

   Yes _____    No _____

   B) If you have answered "Yes" to question 3(A) above, please state in what percent the Plaintiff's negligence caused or contributed to his own injuries.

   _____ %

4. Please state in dollars, in words and numbers, the total amount the damages, both economic and non-economic, which the Plaintiff has sustained or will sustain in the future, which were caused by the negligence of the Defendant or the unseaworthiness of the F/V WHITE WATER.

   $_____

   _____