UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DACRE, )<br>              Plaintiff )<br>)<br>          v.               )<br>)<br>WHITE WATER SEAFOOD )<br>CORP.,               )<br>              Defendant ) | **CIVIL ACTION NO. 03-12269-RCL** |

STIPULATION OF DISMISSAL

It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint be dismissed with prejudice, all rights of appeal waived.

For the Plaintiff,                                              For the Defendant,


_____                    _____
David J. Berg - BBO # 557627                    Joseph A. Regan - BBO #543504
LATTI & ANDERSON LLP                            REGAN & KIELY LLP
30-31 Union Wharf                               85 Devonshire Street
Boston, MA  02109                               Boston, MA  02109
(617)523-1000                                   (617)723-0901